IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Kathy Gail Benson, | Case No. 3:13 CV 67 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Carolyn W. Colvin, Commissioner of Social Security | |
| Defendant. | |

Defendant, the Commissioner of Social Security, denied Plaintiff Kathy Gail Benson's claim for a Period of Disability, Disability Insurance Benefits, and Supplemental Security Income. Plaintiff sought judicial review of that denial (Doc. 1). This matter was referred to Magistrate Judge White, who on October 7, 2013 issued a Report & Recommendation ("R&R") recommending that the Commissioner's final decision be affirmed (Doc. 19).

Pursuant to 28 U.S.C. § 636(b)(1), parties may file objections to an R&R within 14 days of being served with a copy of the report. The parties in this case had until October 21, 2013 to file objections to the R&R (*see* Doc. 19 at 21). To date, no objections have been filed. Having reviewed the R&R, this Court finds it to contain an accurate recitation of the facts presented to the Commissioner. Further, this Court concludes the Magistrate Judge correctly applied relevant law in reviewing the Commissioner's decision. This Court adopts the R& R's recommendation. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

October 28, 2013